UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YAGEO AMERICA, CORP.,

    Plaintiff,

    v.

FAN-CHU TSENG, *et al.*,

    Defendants.

Case No. C06-0227RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On January 5, 2007, defendants filed a motion to enforce the settlement agreement that, taken as a whole, exceeds 50 pages in length. (Dkt. #31). As of this date, a courtesy copy of these documents has not been provided for chambers.

Defendants are hereby ORDERED to show cause why they should not be sanctioned for failure to comply with this Court's Minute Order Setting Trial & Related Dates requiring courtesy copies of lengthy filings for chambers. Defendants shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

ORDER TO SHOW CAUSE - 1

1 Defendants shall respond to this order to show cause no later than five days from the date
2 of this Order.

4     DATED this 12th day of January, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

26 ORDER TO SHOW CAUSE - 2