1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YAGEO AMERICA, CORP.,

    Plaintiff,

    v.

FAN-CHU TSENG, *et al.*,

    Defendants.

Case No.  C06-0227RSL

ORDER VACATING ORDER
TO SHOW CAUSE

    This matter comes before the Court *sua sponte*.  On January 5, 2007, defendants filed a motion to enforce the settlement agreement that, taken as a whole, exceeded 50 pages in length but did not provide a courtesy copy of the documents for chambers.  On January 12, 2007, the Court issued an order to show cause why defendants should not be sanctioned for failing to comply with the Court's prior order.  The order to show cause (Dkt. #42) is now vacated in light of the receipt of the courtesy copy.

    DATED this 16th day of January, 2007.

*MbS Lasnik*

Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER
TO SHOW CAUSE